## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOE AMERICA[1], and

THE CITIZENS OF THE
UNITED STATES

      Plaintiffs,

vs.

DONALD TRUMP

      Defendant.

Case: 1:24–cv–02241
Assigned To : Moss, Randolph D.
Assign. Date : 7/31/2024
Description: Pro Se. Gen. Civ (F–Deck)

**CLASS ACTION COMPLAINT
FOR DECLARATORY AND
INJUNCTIVE RELIEF**

## INTRODUCTION

1.     This lawsuit challenges Donald Trump's unconstitutional campaign for the presidency of the United States and his unconstitutional insidious lies.

2.     In the commission of his tortious and unconstitutional conduct set forth in this complaint, former President Donald Trump has disqualified himself from eligibility for the presidency of the United States under Section 3 of the 14th Amendment of the Constitution of the United States, which specifically and categorically disqualifies oath breaking insurrectionists from holding any office under the United States.

---

[1] Plaintiff concurrently moves to proceed under pseudonym and to waive the obligation under Local Rule 102.2(a) to provide addresses and counties on the complaint

**RECEIVED**

JUL 3 1 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia


3.      Section 3 establishes an immediate disqualification to the eligibility for the presidency under the United States Constitution, identical to Article II, Section 1 – the natural born citizen clause, where the disqualification is open, notorious, and publicly known.

4.      Despite his egregious oath breaking insurrection on January 6, 2021 which disqualified him under Section 3 of the 14th amendment, Donald Trump initiated his unconstitutional campaign for the presidency on November 15, 2022, thereby beginning his ongoing violation of Section 3 of the 14th amendment.

## JURISDICTION AND VENUE

5.      Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

7.      Defendant had previously resided and had offices in Washington DC.

## PARTIES

8.      Plaintiffs are the entire citizenry of the United States of America.

## STATEMENT OF FACTS

9.      Donald Trump took an oath to the Constitution of the United States when he was sworn into office on January 20, 2017.

10.     Donald Trump engaged in an insurrection against the United States on January 6, 2021.

### I.  Planting the seeds of his insurrection

11.    Donald Trump publicly planted the seeds to justify an insurrection by generating support for his insidious lies of voter fraud and rigged election claims which he began making before he became president, throughout his presidency, and his relentlessly insidious lies that the election was stolen from him after he lost the 2020 election.

### II.  Planning his insurrection

12.    After losing the presidential election to Joe Biden in 2020, Donald Trump organized an unconstitutional protest against the United States while simultaneously serving as President of the United States. On December 19, 2020, he tweeted: "Big protest in D.C. on January 6th. Be there, will be wild!"

### III.  Carrying out his insurrection

13.    On January 6, 2021, Donald Trump held his unconstitutional protest against the United States right behind the White House where he still resided as President of the United States. He openly and publicly directed his crowd of followers to go to the Capitol to stop the peaceful transfer of power. His insurrection was open and notorious, publicly executed, and instantly became an internationally televised event for the entire world to witness.

### STANDING

14.    Plaintiffs are citizens of the United States. Standing is established under Article III, Section 2 of the US Constitution, which provides that "the

judicial power [of the United States] shall extend to all cases, in law and equity, arising under this Constitution…", thereby providing redress to the people when the Constitution is violated.

15.     The Federal Declaratory Judgment Act, 28 U.S. Code § 2201, declares Plaintiffs' standing under the Constitution:

> "In a case of actual controversy within its jurisdiction… any court of the United
> States, upon the filing of an appropriate pleading, may declare the rights and
> other legal relations of any interested party seeking such declaration, whether or
> not further relief is or could be sought. Any such declaration shall have the force
> and effect of a final judgment or decree and shall be reviewable as such."

16. Class treatment is appropriate under Rule 23(b)(3) because the common questions of fact and law predominate over questions specific to individual class members.

17. Certification of the class for injunctive relief is appropriate under Rule 23(b)(2) because the impact of Donald Trump's insurrection and his continual unconstitutional campaign for the presidency applies generally to the whole class.

## CLASS ACTION ALLEGATIONS

18. Plaintiffs re-allege and incorporate by reference herein all the allegations contained above.

19. This action has been brought and may properly be maintained as a class action as it satisfies the numerosity, commonality, typicality, adequacy, and superiority requirements of Rule 23(b)(3).

20.    Plaintiffs seek to certify two classes.

21.    First, all US citizens who voted for Joe Biden in 2020, plus all other Biden supporters who did not vote in 2020. The size of the class is over 81 million. Joinder of this substantial class is impractical.

22. Second, although the exact size of the class is an unknown, it is that portion of the more than 74 million US citizens who voted for Trump, plus all other Trump supporters who did not vote in 2020, who believe that the election was stolen from him. Joinder of this substantial class is impractical.

### INJURY TO PLAINTIFFS

23. Donald Trump's unconstitutional oath breaking insurrection on January 6, 2021, which was foreseen by millions of plaintiffs in 2020, was extreme and outrageous conduct, it was intentional and reckless, it has inflicted severe emotional suffering upon Plaintiffs from both classes, and it violated Plaintiffs' constitutional right to adherence to the Constitution.

24. Donald Trump's unconstitutional divisive language and lies to the American people, especially his most insidious lies of voter fraud and stolen election claims, is extreme and outrageous conduct, is intentional and reckless, it has inflicted severe emotional suffering upon Plaintiffs from both classes, and it violates Plaintiffs' constitutional right to adherence to the Constitution.

25. Donald Trump is continually breaking his oath to the Constitution by his current pursuit of the presidency, thereby violating Section 3 of the 14th

Amendment of the United States Constitution. This is extreme and outrageous

conduct, which is intentional and reckless, inflicts continuous severe emotional

suffering upon plaintiffs from both classes, and violates Plaintiffs' constitutional

right to adherence to the Constitution.

26. Plaintiffs recognize that Section 3, as well as the natural born citizen

clause, the only two lifetime disqualifications to eligibility for the presidency stated

in the Constitution, are national security protections and safeguards. Plaintiffs

recognize that Section 3 has a narrow and specific application to who is

disqualified, not protecting us from those who have broken their oath to the

Constitution, nor those who have engaged in the egregious act of insurrection

against the United States, but applies only to someone who has done both –

someone who has previously taken an oath to protect and defend the Constitution

of the United States, then subsequently breaks that oath by engaging in the

egregious act of insurrection against the United States. Plaintiffs recognize that the

oath to the Constitution is a solemn one which must be revered by all who take

the oath. Plaintiffs recognize that the oath to the Constitution is the only

guarantee the people have that our elected officials won't abuse their power over

us. Plaintiffs recognize that Section 3 is a Constitutional guarantee that an oath

breaker must not ever be trusted again to not break their oath to the Constitution.

Plaintiffs recognize that Section 3 protects us from having to risk the threat to the

Constitution and our national security by being forced to accept another false

promise by an oath breaker. Yet, in spite of the command of Section 3, to push his false claims that Section 3 does not apply to him, Donald Trump has perverted and will continue to pervert the very simple plain English reading and meaning of Section 3. He has and will continue to put forth any and all attempts to thwart the command of the Constitution, and to sway public opinion and the courts. This is extreme and outrageous conduct, which is intentional and reckless, inflicts continuous severe emotional suffering upon plaintiffs from both classes, and violates Plaintiffs' constitutional right to adherence to the Constitution.

27. Throughout his ongoing unconstitutional campaign for the presidency, Donald Trump's continuous unconstitutional acts of insidious lies and public threats of actions that he will take are extreme and outrageous conduct, which are intentional and reckless, inflict continuous severe emotional suffering for plaintiffs from both classes, and violate Plaintiffs' constitutional right to adherence to the Constitution. Specifically:

- Donald Trump relentlessly continues to spew his insidious lie that the 2020 election was rigged and stolen from him

- Donald Trump again threatens to not accept the presidential election results

- Donald Trump continually threatens violence if he loses the election

- If elected, Donald Trump has threatened to be a dictator

- If elected, Donald Trump has threatened to pardon the January 6th defendants, convicted enemies of the United States, calling them hostages and victims

- If elected, Donald Trump has threatened to use the government to target political enemies

- If elected, Donald Trump has threatened to prosecute "the entire Biden crime family"

- If elected, Donald Trump has threatened to not hire anyone who believes Biden legitimately won in 2020

28.    Donald Trump's continuous unconstitutional behavior, which reflects another egregious violation of his oath by his claim that the Constitution allows him to do whatever he wants as President, is extreme and outrageous conduct, intentional and reckless, and has inflicted severe emotional suffering upon plaintiffs from both classes.

29.    The foreseeable harm of Donald Trump continuing to run for the presidency in violation of Section 3, has caused and is causing continuous severe emotional suffering for plaintiffs from both classes, including intense fear, mental anguish, chronic and clinical depression. Specifically:

- Donald Trump will unconstitutionally continue to spew his insidious lies about voter fraud and stolen election

- Donald Trump will unconstitutionally continue to claim that there is no statistical way he could lose

- Donald Trump will unconstitutionally continue to reinforce the lie and the false belief in the minds of his supporters that the election was stolen from him in 2020

- Donald Trump will unconstitutionally continue to foment hatred and division to garner further support

- Donald Trump is a constant and continuous threat to the Constitution and the rule of law itself

30.     The foreseeable harm of Donald Trump continuing to run for the presidency in violation of Section 3, and should he lose the presidency again, has caused and is causing continuous severe emotional suffering for plaintiffs from both classes, including intense fear, mental anguish, chronic and clinical depression. Specifically:

- Donald Trump will unconstitutionally again claim voter fraud and stolen election

- Donald Trump will unconstitutionally again execute another insurrection against the United States

- Republicans in Congress will again unconstitutionally support and defend Donald Trump's now second insurrection against the United States

- Donald Trump has been unconstitutionally seeking and will continue to seek to corrupt the legislative bodies of the swing states to nullify the popular vote in their respective states and declare Donald Trump the winner

- Corrupted Donald Trump supporters will unconstitutionally engage in illegal tactics to corrupt the vote in favor of Donald Trump

- Donald Trump will again unconstitutionally take command of the Proud Boys, Oath Keepers and other militia groups to incite civil war in state capitals and throughout the country

- Donald Trump will unconstitutionally divide police forces, incite his law enforcement supporters to violate their oaths and fight for him

- Donald Trump came very close to stealing the election in 2020 and could feasibly succeed this time given the four years of prep time for another insurrection

31.    The foreseeable harm of Donald Trump continuing to run for the presidency in violation of Section 3, and should he win the presidency again, has caused and is causing continuous severe emotional suffering for plaintiffs from both classes, including intense fear, mental anguish, chronic and clinical depression, specifically these Constitutional violations:

- First and foremost, Donald Trump would become an illegitimate President who had successfully nullified the command of the Constitution, thus rendering the entire Constitution meaningless

- Donald Trump would become a virtual dictator of the United States

- Donald Trump would terminate the Constitution of the United States

- Donald Trump would never abide by any Supreme Court decision that he opposes, rendering the Supreme Court at his mercy

- Donald Trump would fill positions of power only to those who are loyal to him

- Donald Trump would weaponize US spy services against his domestic political enemies

- Donald Trump would use the justice department to prosecute his political enemies, judges who have ruled against him, the free press, and countless Plaintiffs

- Donald Trump would continue to have complete and total control of the republican party who have already shown they will abide by his every command

- Donald Trump would continue to be the de facto leader of The Proud Boys and The Oath Keepers, and would create more armed civilian militia groups to foment violence throughout the country to intimidate

and suppress opposition to his illegitimate presidency and his

subsequent dictatorship

- Donald Trump would continue his relentless attacks and false

    accusations against courts, judges, the FBI and other institutions until

    he replaces all personnel with only those who are loyal to him

- Donald Trump would silence or eliminate the democratic party

- Donald Trump would remove from power all opposition to him

- Donald Trump would implement identical election schemes like we

    witness in Russia

- Donald Trump would not relinquish power in 2028

- Donald Trump would leave us with an empty shell of the former United

    States

32.     In Donald Trump's ongoing violations of his Oath to the

Constitution, he has used lies, false accusations and divisive rhetoric to divide the

people and foment hate in the hearts and minds of his supporters. His use of

insidious lies and divisive language, severe Constitutional violations of the worst

kind, has destroyed millions of family, friends and business relationships between

the two classes of Plaintiffs. This extreme and outrageous unconstitutional

conduct has been and continues to be intentional and reckless, and has inflicted

continuous severe emotional suffering for Plaintiffs in both classes. Trump

supporters who believe his lies and false accusations have been inflicted with hate,

and now suffer from all their false beliefs that Trump has deceived them into believing about the 2020 election, his insurrection, democrats, liberals, the main stream media, all of his political opponents, the courts, the FBI, and our institutions.

33.     Donald Trump's oath breaking insurrection, all his unconstitutional acts, and all the foreseeable unconstitutional harms from allowing him to continue to pursue his unconstitutional campaign for the presidency present the greatest threat to our country and our entire way of life ever to be suffered by United States Citizens, and has caused and is causing continuous severe emotional suffering for plaintiffs from both classes, including intense fear, mental anguish and chronic depression.

## CLAIM FOR RELIEF

### COUNT I
### *Plaintiffs, on behalf of themselves and others similarly situated, against Defendant Donald Trump – violation of Section 3 of the 14th Amendment of the United States Constitution*

34.     Plaintiffs repeat and incorporate by reference each of the allegations set forth in each of the preceding paragraphs of this Complaint.

35.     Donald Trump's campaign for the presidency is a direct violation of Section 3 of the 14th amendment of the United States Constitution, which establishes the prohibition that no person shall hold any office under the United States who shall have engaged in insurrection or rebellion after having previously taken an oath to the Constitution. His campaign for the presidency is

unconstitutional, and is depriving Plaintiffs of their Constitutional right to have elected individuals honor their oath to the Constitution.

36. Donald Trump's denial of his open and notorious insurrection and his continuous false claims that the 2020 election was stolen from him have caused dangerous and hostile division among the two classes of Plaintiffs.

37. Donald Trump's continuing unconstitutional pursuit of the presidency deprives Plaintiffs of their Constitutional right to have elected individuals adhere to the Constitution.

## COUNT II
### *Plaintiffs, on behalf of themselves and others similarly situated, against Defendant Donald Trump – violation of the United States Constitution*

38. Plaintiffs repeat and incorporate by reference each of the allegations set forth in each of the preceding paragraphs of this Complaint.

39. The truth is fundamental to the Constitution and essential to its survival. The Constitution requires our elected officials to speak truthfully to the people. Donald Trump has violated and continues to violate the Constitution with every lie he utters to the people. His stolen election lies have caused dangerous division and animosity between the people, have caused millions of Plaintiffs to falsely believe his lies, and have been and continues to be destructive to the Constitution itself, and deprives Plaintiffs of their Constitutional right to have elected individuals honor their oath to the Constitution.

## COUNT III
### *Plaintiffs, on behalf of themselves and others similarly situated, against Defendant Donald Trump – intentional infliction of emotional distress*

40.     Plaintiffs repeat and incorporate by reference each of the allegations set forth in each of the preceding paragraphs of this Complaint.

41.     Donald Trump owes a duty to Plaintiffs to act within the bounds of his presidential duties and responsibilities established in the Constitution. These duties include an obligation to not lie to the people, and to act in a careful, lawful and prudent manner in full compliance with the Constitution.

42.     Donald Trump's unconstitutional conduct resulted in numerous breaches of his duties and responsibilities to the American people as President.

43.     As a result of Donald Trump's breaches of his Constitutional duties, specifically his lie that the 2020 election was stolen from him and his oath breaking insurrection, Plaintiffs have suffered and continue to suffer from substantial emotional distress damages.

### RELIEF REQUESTED

A. Declare that Donald Trump's insurrection was open, notorious, and witnessed live by the entire world;

B. Declare that Donald Trump's attempt to steal the election from Joe Biden by insurrection was open and notorious;

C. Declare that Section 3 of the 14th Amendment is a Constitutional prohibition against Oath Breaking Insurrectionists, which disqualified

Donald Trump from running for President of the United States immediately upon his insurrection on January 6, 2021;

D. Declare that the plain English meaning of section 3 is that Oath Breaking Insurrectionists are barred from holding any future office in the United States.

E. Declare that the plain English purpose of section 3 is to bar Oath Breaking Insurrectionists from holding any future office in the United States.

F. Declare that Section 3, as with the entirety of the Constitution, supersedes any and all authority established under the Constitution.

G. Declare that Section 3 is a national security protection.

H. Declare that Section 3 is a per se prohibition, just as Article 1, sections 2, 3, 6, 9, and Article 2, section 1 all establish per se prohibitions.

I. Declare that court action is necessary only to enjoin an Oath Breaking Insurrectionist who then violates Section 3 by pursuing a campaign for the presidency of the United States, or any other barred office.

J. Declare that Donald Trump is and has been in direct violation of Section 3 since he began pursuing his campaign for the presidency on November 15, 2022;

K. Enjoin Donald Trump from continuing his campaign for the presidency, and specifically order Mr. Trump to cease and desist his campaign forthwith;

L.  Declare that Section 3 does not threaten the deprivation of life, liberty or property, and thus Donald Trump has no standing to challenge Section 3.

M.  Declare that Donald Trump has the right per Section 3 to ask Congress to remove his "disability";

N.  Declare that it is unconstitutional for current and former elected officials to lie to the people;

O.  Declare that Donald Trump's relentless claims that the 2020 election was stolen from him is a lie;

P.  Enjoin Donald Trump from continuing his unconstitutional campaign of lies, and specifically order Mr. Trump to cease and desist his stolen election lies campaign forthwith;

Q.  Declare that Donald Trump's oath breaking insurrection and his insidious lies were and are tortious conduct against the American people.

R.  Award such additional relief as the interests of justice may require.

July 31, 2024                                Respectfully submitted,

*Joe America*

Joe America, Pro Se