IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE AMERICA, pro se and<br><br>THE CITIZENS OF THE UNITED STATES<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD TRUMP<br><br>Defendant. | Civil Action No.: 24-cv-02241-RDM<br><br>**CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

**MOTION FOR RECONSIDERATION TO REOPEN**

Plaintiff, using the pseudonym JOE AMERICA, filed the above civil action on July 31, 2024, with a footnote to concurrently move to proceed under pseudonym and to waive the obligation to provide addresses and counties on the complaint, but failed to also file an official Motion To Proceed Under Pseudonym. Plaintiff is seeking to remedy this deficiency, and is thus concurrently filing the Motion To Proceed Under Pseudonym.

Plaintiff therefore respectfully requests this Honorable Court to reconsider its dismissal and reopen the above numbered Civil Action.

August 14, 2024

Respectfully submitted,

*Joe America*

Joe America, pro se

RECEIVED
AUG 14 2024
Clerk, U.S. District & Bankruptcy Court for the District of Columbia