IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE AMERICA, pro se and<br><br>THE CITIZENS OF THE UNITED STATES<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD TRUMP<br><br>Defendant. | Civil Action No.: 24-cv-02241-RDM<br><br>**CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

## MOTION TO PROCEED UNDER PSEUDONYM

Federal Rule of Civil Procedure 26(c) specifically permits the court to "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" upon motion of a party. The granting of a protective order under Rule 26(c) requires a showing of good cause by the movant, which Plaintiff shows here.

I. **DISCLOSURE OF PLAINTIFF'S IDENTITY WOULD EXPOSE PLAINTIFF TO THE RISK OF THREATS, HARASSMENT AND VIOLENCE.**

It is widely known and has been well documented in the media that individuals who have spoken out against Donald Trump have exposed themselves to threats, harassment and violence.



**RECEIVED**

AUG 14 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

## II. GRANTING PLAINTIFF'S REQUEST TO PROCEED UNDER PSEUDONUYM IS IN THE PUBLIC INTEREST AND WOULD CAUSE NO PREJUDICE TO DEFENDANTS

Protecting constitutional rights is of the utmost public interest, and lawsuits seeking to vindicate those rights by definition serve the public. Plaintiff seeks to vindicate and protect the constitutional rights that apply to all citizens. Forcing an individual to disclose private and personal information as part of vindicating constitutional rights would dissuade other individuals from bringing such claims, and would have a chilling effect on the ability of citizens to assert their constitutional rights.

Accordingly, Plaintiff respectfully asks this Court for leave to proceed under the pseudonym Joe America to protect Plaintiff's identity from public disclosure, and to waive the obligation under LCvR 5.1(c) to provide name and address of parties on the complaint.

August 14, 2024

Respectfully submitted,

*Joe America*

Joe America, pro se